# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR KALID JACOBO-RAMIREZ, *et. al.*,<br><br>Petitioners,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-02136-RFB-MDC<br><br>**ORDER** |

Petitioners Victor Kalid Jacobo-Ramirez and Edgar Michel Guevara-Alcantar, immigration detainees, have filed a counseled Petition for Writ of Habeas Corpus and Class Action Complaint (ECF No. 1). Following a preliminary review, the Court directs that the Petition/Complaint be served on Respondents.

Therefore, **IT IS HEREBY KINDLY ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party.

3. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4. **MAIL** a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2)

of the Federal Rules of Civil Procedure to:

1) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

2) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

3) Todd Lyons, Acting Director and Senior Official Performing the Duties of the Director for U.S. Immigration and Customs Enforcement, 500 12th Street, SW, Washington, DC 20536

4) Sirce Owen, Acting Director of Executive Office of Immigration Review, 5107 Leesburg Pike, Falls Church, VA 22041

5) Jason Knight, Acting Las Vegas Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

6) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents file a notice of appearance within **3 days** of the date of this Order.

**IT IS FURTHER ORDERED** that the parties shall meet and confer regarding a proposed scheduling order. Unless an expedited schedule is requested, the Court will discuss and enter a discovery plan, scheduling order, and briefing schedule at the November 13, 2025 status conference. See ECF No. 5.

**IT IS FURTHER ORDERED** that that Local Rule LR 7-2(b) governs the scheduling for responses and replies for motions filed by either party and Local Rule LR 7-4 governs any requests

for emergency relief.

**IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, <u>In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations</u>, Petitioners' counsel is instructed to **SEND** by electronic mail a courtesy copy of the (ECF No. 1) Petition/Complaint to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

**DATED:** October 31, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**