1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8   Victor Kalid Jacobo Ramirez; Edgar Michel )      Case # 2:25-cv-02136
9   Guevara Alcantar; on behalf of themselves )
    and others similarly situated, et al.,        )
10                          Plaintiff(s),          )      **VERIFIED PETITION FOR**
                                                   )      **PERMISSION TO PRACTICE**
11             vs.                                 )      **IN THIS CASE ONLY BY**
                                                   )      **ATTORNEY NOT ADMITTED**
12  Kristi Noem, et al.,                           )      **TO THE BAR OF THIS COURT**
                                                   )      **AND DESIGNATION OF**
13                                                 )      **LOCAL COUNSEL**
                        Defendant(s).              )
14  _____ )        FILING FEE IS $250.00

15

16             Michael Tan          , Petitioner, respectfully represents to the Court:
                 (name of petitioner)

17

18        1.     That Petitioner is an attorney at law and a member of the law firm of

19  _____American Civil Liberties Union Foundation_____
                                    (firm name)

20  with offices at _____425 California Street_____,
                                       (street address)

21  _____San Francisco_____, _____California_____, ___94104___,
              (city)                        (state)                 (zip code)

22

23       (415) 343-0770          ,          m.tan@aclu.org          .
    (area code + telephone number)            (Email address)

24

25        2.     That Petitioner has been retained personally or as a member of the law firm by
    Victor Kalid Jacobo Ramirez and Edgar Michel Guevara
26  Alcantar_____ to provide legal representation in connection with
                        [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

1    3.    That since _____December 3, 2012_____, Petitioner has been and presently is a
                           (date)

2    member in good standing of the bar of the highest Court of the State of _____California_____

3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attachment for bar and court admissions. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19   5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21   or administrative body, or any resignation or termination in order to avoid disciplinary or

22   disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

None.

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | None. | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3
_____
4                                                                            Petitioner's signature

STATE OF _____California_____    )
5                                                                     )
COUNTY OF  San Francisco )
6

7    _____Michael Tan_____, Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9
_____
10                                                                        Petitioner's signature

Subscribed and sworn to before me this

11

12   _____day of_____, _____    See Attached
                                                                    Acknowledgement/Jurat
13
_____
14              Notary Public or Clerk of Court

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____Sadmira Ramic_____,
19
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
above-entitled Court as associate resident counsel in this action.  The address and email address of
21
said designated Nevada counsel is:
22

23   _____4362 W. Cheyenne Ave_____,
                                           (street address)
24
_____North Las Vegas_____, _____Nevada_____, _____89032_____,
25              (city)                                  (state)                        (zip code)

26   _____702-366-1226_____, _____ramic@aclunv.org_____.
          (area code + telephone number)              (Email address)
27

28                                          4                                    Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1
2
3
4
5
6 _____          _____
   *Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of *San Francisco*

Subscribed and sworn to (or affirmed) before me

on this _4th_ day of _November_, 20_25_,
       *Date*      *Month*      *Year*

by

(1) _Michael Tan_

(and (2) _____ ),
        *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

APRIL M. JOHNSON
Notary Public - California
San Francisco County
Commission # 2380962
My Comm. Expires Nov 13, 2025

Signature _____
       *Signature of Notary Public*

*Place Notary Seal Above*

———————— **OPTIONAL** ————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *Verified Petition*          Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Sadmira Ramic _____ as
                                                    (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10                                                                ON BEHALF OF
   _____
            (party's signature)

11

12            Victor Kalid Jacobo Ramirez
            (type or print party name, title)

13                                                                ON BEHALF OF
   _____
            (party's signature)

14

15            Edgar Michel Guevara Alcantar
            (type or print party name, title)

16

17  **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19
   _____

20            Designated Resident Nevada Counsel's signature

21        15984                          ramic@aclunv.org
        _____          _____
        Bar number                     Email address

22

23  APPROVED:

24  Dated: this  7th  day of  November , 20 25 .

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                                    5                              Rev. 5/16



**Michael Tan's Bar and Court Admissions**

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | 12/3/2012 | 284869 |
| New York State Bar | 4/15/2009 | 4654208 |
| U.S. District Court for the Eastern District of Michigan | 2/1/2013 | |
| U.S. District Court for the Middle District of Georgia | 6/11/2019 | |
| U.S. District Court for the Southern District of New York | 4/14/2020 | |
| U.S. District Court for the District of Columbia | 6/2/2025 | |
| U.S. Court of Appeals for the First Circuit | 2/25/2014 | |
| U.S. Court of Appeals for the Second Circuit | 2/10/2020 | |
| U.S. Court of Appeals for the Third Circuit | 9/27/2010 | |
| U.S. Court of Appeals for the Fourth Circuit | 8/5/2020 | |
| U.S. Court of Appeals for the Ninth Circuit | 5/7/2010 | |
| U.S. Court of Appeals for the Tenth Circuit | 5/23/2014 | |
| U.S. Court of Appeals for the District of Columbia Circuit | 11/25/2019 | |
| U.S. Supreme Court | 11/7/2016 | 299828 |