1
2
3
4
5

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Victor Kalid Jacobo Ramirez; Edgar Michel Guevara Alcantar; on behalf of themselves and others similarly situated, et al.,

    Plaintiff(s),

vs.

Kristi Noem, et al.,

    Defendant(s).

Case # 2:25-cv-02136

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____My Khanh Ngo_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

American Civil Liberties Union Foundation
(firm name)

with offices at  425 California Street  ,
(street address)

San Francisco , California , 94104 ,
(city) (state) (zip code)

(415) 343-0764 , mngo@aclu.org .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Victor Kalid Jacobo Ramirez and Edgar Michel Guevara Alcantar to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___December 5, 2017___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attachment for bar and court admissions. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 18, 2025 | 2:25-cv-00611 | U.S. District Court, D. Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                )
COUNTY OF __San Francisco__     )

_____My Khanh Ngo_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____,        **See Attached Acknowledgement/Jurat**

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Sadmira Ramic___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____4362 W. Cheyenne Ave_____,
(street address)

____North Las Vegas____, ____Nevada____, ___89032___,
(city)              (state)           (zip code)

____702-366-1226____, ____ramic@aclunv.org____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____   _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this **3rd** day of **November**, 20**25**,
by
(1) **My Khanh Ngo**
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: APRIL M. JOHNSON, Notary Public - California, San Francisco County, Commission # 2380962, My Comm. Expires Nov 13, 2025]

Place Notary Seal Above

──────────── **OPTIONAL** ────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Verified Petition**   Document Date: _____
Number of Pages: _____   Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Sadmira Ramic_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____[signature]_____ ON BEHALF OF
(party's signature)

__Victor Kalid Jacobo Ramirez__
(type or print party name, title)

_____[signature]_____ ON BEHALF OF
(party's signature)

__Edgar Michel Guevara Alcantar__
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

15984                 ramic@aclunv.org
Bar number            Email address

APPROVED:

Dated: this __7th__ day of __November__, 20__25__.

_____[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## My Khanh Ngo's Bar and Court Admissions

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar | 12/7/2017 | 317817 |
| U.S. District Court for the Northern District of California | 2/7/2018 | 317817 |
| U.S. District Court for the Central District of California | 11/6/2019 | |
| U.S. District Court for the Eastern District of Michigan | 4/10/2020 | |
| U.S. District Court for the District of Columbia | 4/7/2025 | CA00219 |
| U.S. District Court for the District of Colorado | 5/13/2025 | |
| U.S. District Court for the Western District of Texas | 9/22/2025 | |
| U.S Court of Appeals for the Second Circuit | 7/23/2025 | |
| U.S Court of Appeals for the Third Circuit | 7/23/2025 | |
| U.S Court of Appeals for the Fifth Circuit | 5/29/2025 | |
| U.S Court of Appeals for the Sixth Circuit | 10/21/2020 | |
| U.S Court of Appeals for the Eighth Circuit | 6/7/2023 | |
| U.S Court of Appeals for the Ninth Circuit | 8/5/2019 | |
| U.S Court of Appeals for the Tenth Circuit | 4/28/2025 | |
| U.S Court of Appeals for the District of Columbia Circuit | 5/28/2025 | |
| U.S. Supreme Court | 6/23/2025 | 325578 |

