TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6336
Summer.Johnson@usdoj.gov
Virginia.Tomova@usdoj.gov
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Victor Kalid JACOBO RAMIREZ; Edgar Michel GUEVARA ALCANTAR,<br><br>Petitioners,<br><br>v.<br><br>Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela J. BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd LYONS, Acting Director for U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; Jason KNIGHT, Acting Field Office Director, Executive Office for Immigration Review; Sirce OWEN, Acting Director, Executive Office for Immigration Review; LAS VEGAS IMMIGRATION COURT; John MATTOS, Warden, Nevada Southern Detention Facility; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | Case No. 2:25-cv-02136-RFB-MDC<br><br>**Stipulation to Extend Time for Federal Respondents to Respond to Petition and Complaint (ECF No. 1)**<br><br>**(First Request)** |

Petitioners Victor Kalid Jacobo Ramirez and Edgar Michel Guevara Alcantar, through undersigned counsel, and Federal Respondents Kristi Noem, Todd Lyons, Jason Knight, Sirce Owen, Pamela J. Bondi, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Executive Office for Immigration Review, and Las Vegas Immigration Court, through undersigned counsel, hereby stipulate to an extension of time to respond to Petitioners' Petition for Writ of Habeas Corpus and Class Action Complaint (ECF No. 1). Federal Respondents' response is currently due on November 25, 2025. ECF No. 24. For the reasons discussed below, Federal Respondents request that this time be extended up to and including December 2, 2025.

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted).

Federal Respondents have good cause to request this extension of time. The Civil Division is currently dealing with severe attorney staffing shortages and last week received approximately fifteen petitions for writ of habeas corpus, several of which have responses or answers due before Thanksgiving (November 27, 2025) and which require the full and immediate attention of undersigned AUSAs.

In view of the circumstances explained above, the Federal Respondents have good cause to request a 7-day extension to file a response to Petitioners' Petition. Petitioners do not oppose this request.

This is the first request to extend Federal Respondents' responsive pleading deadline. This is request is made in good faith and not for the purpose of undue delay.

Respectfully submitted this 25th day of November 2025.

| | |
|---|---|
| **ACLU OF NEVADA**<br>*/s/ Sadmira Ramic*<br>SADMIRA RAMIC, ESQ.<br>CHRISTOPHER M. PETERSON, ESQ.<br>4362 W. Cheyenne Ave.<br>North Las Vegas, NV 89032<br>ramic@aclunv.org<br>peterson@aclunv.org<br><br>**UNLV IMMIGRATION CLINIC**<br>MICHAEL KAGAN (12318C)<br>ANDREW ELKINS (student)<br>GABRIELA RIVERA DORADO (student)<br>P.O. Box 71075<br>Las Vegas Nevada<br>Michael.Kagan@unlv.edu<br>elkina1@unlv.nevada.edu<br>doradoma@unlv.nevada.edu<br><br>**ACLU FOUNDATION**<br>Michael K.T. Tan (CA SBN# 284869)*<br>My Khanh Ngo (CA SBN# 317817)*<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>m.tan@aclu.org<br>mngo@aclu.org<br><br>*Attorneys for Plaintiffs-Petitioners* | TODD BLANCHE<br>Deputy U.S. Attorney General<br>SIGAL CHATTAH<br>First Assistant U.S. Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>SUMMER A. JOHNSON<br>Assistant United States Attorney<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br><br>*Attorneys for the Federal Respondents* |

**IT IS SO ORDERED.**

**DATED** this 26th day of November, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**