TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

SUMMER A. JOHNSON
Assistant United States Attorney
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6336
Summer.Johnson@usdoj.gov
Virginia.Tomova@usdoj.gov
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Victor Kalid JACOBO RAMIREZ; Edgar Michel GUEVARA ALCANTAR, <br><br> Petitioners, <br><br> v. <br><br> Kristi NOEM, Secretary, U.S. Department of Homeland Security; Pamela J. BONDI, Attorney General of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; Todd LYONS, Acting Director for U.S. Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; Jason KNIGHT, Acting Field Office Director, Executive Office for Immigration Review; Sirce OWEN, Acting Director, Executive Office for Immigration Review; LAS VEGAS IMMIGRATION COURT; John MATTOS, Warden, Nevada Southern Detention Facility; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, <br><br> Respondents. | Case No. 2:25-cv-02136-RFB-MDC <br><br> **Joint Stipulation and Order to Extend Deadline to File Respondents' Opposition to Plaintiffs' Motion for Partial Summary Judgment** <br><br> **(First Request)** |

Plaintiffs-Petitioners and Defendants-Respondents, by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendants to file their response to Plaintiffs' Motion for Partial Summary Judgment and to correspondingly extend the deadline for Plaintiffs to file their Reply.

On February 5, 2026, the Court entered its Order, ECF No. 71, which directs Defendants to file their opposition to Plaintiffs' Motion for Partial Summary Judgment by February 23, 2026. Respondents conferred with counsel for Petitioners regarding the need for additional time to prepare a complete response, and Petitioners' counsel has kindly agreed to the requested extension.

Accordingly, the parties respectfully stipulate and request that the deadline for Defendants to file their **opposition to Plaintiffs' Motion for Partial Summary Judgment** be extended from February 23, 2026, up to and including **March 2, 2026**. The parties further respectfully request that the deadline for Plaintiffs to file their **Reply** be extended from February 27, 2026, up to and including **March 6, 2026**. This stipulation is made in good faith and not for purposes of delay.

This is the first request for an extension of these deadlines.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

2

Respectfully submitted this 23rd day of February 2026.

Dated: February 23, 2026                          Dated: February 23, 2026

**Counsel for Plaintiffs**                        **Counsel for Defendants**

**ACLU OF NEVADA**                                **TODD BLANCHE**
                                                  Deputy Attorney General of the United
                                                  States
*/s/ Sadmira Ramic*                               **SIGAL CHATTAH**
SADMIRA RAMIC                                     **First Assistant United States Attorney**


**UNLV IMMIGRATION CLINIC**                       */s/ Christian R. Ruiz*
                                                  TODD BLANCHE
*/s/ Michael Kagan*                               VIRGINIA TOMOVA
MICHAEL KAGAN                                     SUMMER A. JOHNSON
                                                  CHRISTIAN R. RUIZ
                                                  Assistant United States Attorneys



**IT IS SO ORDERED:**


_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**


**DATED:** February 24, 2026.