AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Jacobo-Ramirez et al

JUDGMENT IN A CIVIL CASE

Plaintiffs,

v.

Case Number: 2:25-cv-02136-RFB-MDC

Mullin et al

Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

PARTIAL SUMMARY JUDGMENT entered in favor t Plaintiffs Plaintiffs on Ground I, Ground II, and IN PART on Ground III ("not in accordance with law" under § 706(2)(A)).

03/30/2026
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ MAM
_____
Deputy Clerk