SADMIRA RAMIC, ESQ. (15984)
CHRISTOPHER M. PETERSON, ESQ. (13932)
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: ramic@aclunv.org
peterson@aclunv.org

*Listing of counsel continued on the next page*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR KALID JACOBO RAMIREZ; EDGAR MICHEL GUEVARA ALCANTAR; on behalf of themselves and others similarly situated,<br><br>Plaintiffs-Petitioners,<br><br>vs.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants-Respondents. | Case No.: 2:25-cv-02136-RFB-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT DISCOVERY PLAN**<br><br>**[SECOND REQUEST]** |

MICHAEL KAGAN (12318C)
**UNLV IMMIGRATION CLINIC**
Thomas & Mack Legal Clinic
William. S. Boyd School of Law
University of Nevada, Las Vegas
P.O. Box 71075
Las Vegas Nevada
Telephone: (702) 895-3000
Facsimile: (702) 895-2081
Email: Michael.Kagan@unlv.edu
Email: elkina1@unlv.nevada.edu
Email: doradoma@unlv.nevada.edu

Michael K.T. Tan (CA SBN# 284869)*
My Khanh Ngo (CA SBN# 317817)*
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
m.tan@aclu.org
mngo@aclu.org

Rene L. Valladares (11479)
**Federal Public Defender**
Sylvia Irvin (CA SBN# 230302; FL SBN# 15379)
**Assistant Federal Public Defender**
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

**Admitted pro hac vice*

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, it is hereby stipulated by and between Plaintiffs and Federal Defendants, through their respective counsel of record, to extend the time for the parties to file a joint discovery plan from the current due date of August 26, 2026, to August 31, 2026.

Good cause exists to grant the extension. The parties met and conferred about the discovery plan on August 18, 2026. The parties agreed to the standard 180-days to conduct discovery under Local Rule 26-1(b)(1). Plaintiffs' counsel drafted and emailed a proposed discovery plan to Defendants' counsel on August 19, 2026. The discovery plan includes an extended deadline to file initial disclosures and a provision that requires a Vaughn Index if Federal Defendants raise objections and invoke claims of privilege to Plaintiffs' discovery requests. The proposed discovery plan sets the standard deadlines under Local Rule 26-1(b) for all other discovery requests. Federal Defendants' counsel needs additional time to confer with all Federal Defendants to approve the provisions within the discovery plan.

This is the second request to extend the deadline for this briefing. This stipulation is made in good faith and not for the purpose of delay or any improper reason.

[remainder of page intentionally left blank]

Dated: August 26, 2026

**Counsel for Plaintiffs**

**ACLU OF NEVADA**

*/s/ Sadmira Ramic*
SADMIRA RAMIC

**UNLV IMMIGRATION CLINIC**

*/s/ Michael Kagan*
MICHAEL KAGAN

**FEDERAL PUBLIC DEFENDER'S OFFICE**

*/s/ Sylvia Irvin*
SYLIVIA IRVIN

**Counsel for Defendants**

**TODD BLANCHE**
Attorney General of the United States
**SIGAL CHATTAH**
**First Assistant United States Attorney**

*/s/ Tamer Botros*
Assistant United States Attorney
TAMER B. BOTROS

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

**DATED:** August 26, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**